# United States District Court
## Violation Notice
(Rev. 1/2020)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| EV-88 | E 1426402 | Hobruchun | H4415 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☒ CFR ☐ USC ☐ State Code |
|---|---|
| 5-28-23 1143 | 32 CFR 234.7 |

**Place of Offense:** North Parking Lane 57

**Offense Description: Factual Basis for Charge** HAZMAT ☐
Disorderly Conduct

### DEFENDANT INFORMATION
Last Name: Jackson
First Name: Daniel
MI: W

Street Address: [redacted]

### APPEARANCE IS REQUIRED
A ☒ If Box A is checked, you must appear in court. See instructions.

### APPEARANCE IS OPTIONAL
B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ _____ Forfeiture Amount
+ $30 Processing Fee
$ _____ Total Collateral Due

**PAY THIS AMOUNT AT** www.cvb.uscourts.gov

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: United States District Court, 401 Courthouse Square, Alexandria, VA 22314, 703-299-2100

Date: 8/17/2023
Time: 0800

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature: [signed]

Original - CVB Copy

*E1426402*

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on May 29th, 2023 while exercising my duties as a law enforcement officer in the Eastern District of Virginia.

I, Officer Hobruchun escorted Medical to Lane 57 North Parking for an individual who passed out. When the individual came to he would not cooperate and gave a false name. Once a identification was acquired we learned his name was Daniel Jackson and he has two out of state non-extraditable warrants for arrest out of Florida. The drivers license was also suspended and expired. Mr. Jackson smelled of alcohol, was slurring his speech, and admitted to smoking something that caused him to pass out. Mr. Jackson became aggressive to myself and other officers by calling us "mother f*ckers" and he balled his fist up and squared his body to Lieutenant Sobecke. He remained irate after being placed under arrest.

The foregoing statement is based upon:
☒ my personal observation
☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 05/28/2023 [signed] Joe Hobruchun
Date (mm/dd/yyyy) Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy) U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident.