# United States District Court
## Violation Notice
(Rev. 1/2020)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| EV88 | E1426401 | Hopwchvk | H4415 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☒ CFR ☐ USC ☐ State Code |
|---|---|
| 5-28-23  1143 | 32 CFR 234.6 |

**Place of Offense:** North Parking Lane 57

**Offense Description: Factual Basis for Charge** — HAZMAT ☐
- Interfering with Agency Function

### DEFENDANT INFORMATION

| Last Name | First Name | M.I. |
|---|---|---|
| Jackson | Daniel | W |

Street Address: [redacted]

### APPEARANCE IS REQUIRED
A ☒ If Box A is checked, you must appear in court. See instructions.

### APPEARANCE IS OPTIONAL
B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ _____ Forfeiture Amount
+ $30 Processing Fee
$ _____ Total Collateral Due

PAY THIS AMOUNT AT www.cvb.uscourts.gov

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: United States District Court, 401 Courthouse Square, Alexandria, VA 22314

Date: 8/17/2023
Time: 0800

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature: [signed]

Original - CVB Copy

*E1426401*

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on May 28th, 2023 while exercising my duties as a law enforcement officer in the Eastern District of Virginia.

I Officer Hopwchvk escorted Arlington medical to an individual passed out at Lane 57 North Parking. When the individual came to he provided a fake name (Andrew Jackson). He also would not provide Identification. He eventually provided a New Mexico drivers license with the name Daniel Jackson. The license was suspended, expired, and had two non-extraditable warrants out of Florida.

The foregoing statement is based upon:
☐ my personal observation  ☐ my personal investigation
☒ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 05/28/2023  [Officer's Signature]

Probable cause has been stated for the issuance of a warrant.

Executed on: _____  U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident;  PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license;  CMV = Commercial vehicle involved in incident

CVB SCAN 06/06/2023 15:49